AMENDED STATUS REPORT 8/15/2021
CASES ASSIGNED TO JUDGE AQUILINO

August 2021 STATUS REPORT ON PENDING GDLSK CASES ASSIGNED TO JUDGE AQUILINO: A draft of the schedule of case status reports was provided to each Government attorney assigned to the identified cases prior to filing for review and comment. The contents of the schedule, as filed, has been approved by Government counsel. When the declared status of a case is not wholly within the plaintiff's control (*e.g.,* "stipulations are being contemplated," "proposed stipulations are being prepared", etc.), the Government accepts such statements but cannot confirm their accuracy.

| PLAINTIFF | CIT No. | ISSUE | No. of ENTRIES | STATUS AS OF 8/15/2019 |
|---|---|---|---|---|
| ALPINESTARS S.P.A. | 08-00367 | Value - First Sale | 12 | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 08-00407 | Value - First Sale | 11 | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 08-00408 | Value - First Sale<br>Classification - gloves | 1 | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00074 | Value - First Sale | 3 | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00075 | Value - First Sale | 4 | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00076 | Value - First Sale | 6 | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00077 | Value - First Sale | 20 | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00107 | Value - First Sale | 1 | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00112 | Value - First Sale<br>Classification - gloves | 2 | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00113 | Value - First Sale<br>Classification - jackets | 4 | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00114 | Value - First Sale | 5 | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00115 | Value - First Sale | 15 | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00131 | Value - First Sale | 19 | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00147 | Value - First Sale | 10 | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00176 | Value - First Sale | 4 | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00178 | Value - First Sale | 17 | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00179 | Value - First Sale | 5 | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. |

10140108_V3
3018-0490001
August 2021

AMENDED STATUS REPORT 8/15/2021
CASES ASSIGNED TO JUDGE AQUILINO

| PLAINTIFF | CIT No. | ISSUE | No. of ENTRIES | STATUS AS OF 8/15/2019 |
|---|---|---|---|---|
| ALPINESTARS S.P.A. | 09-00319 | Value - First Sale | 14 | Stipulation under review at DOJ in case 11-00007.  The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00320 | Value - First Sale | 5 | Stipulation under review at DOJ in case 11-00007.  The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00321 | Value - First Sale | 2 | Stipulation under review at DOJ in case 11-00007.  The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00322 | Value - First Sale Classification - gloves | 1 | Stipulation under review at DOJ in case 11-00007.  The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00388 | Value - First Sale | 6 | Stipulation under review at DOJ in case 11-00007.  The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00389 | Value - First Sale | 12 | Stipulation under review at DOJ in case 11-00007.  The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00393 | Value - First sale Classification - pants | 2 | Stipulation under review at DOJ in case 11-00007.  The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00417 | Value - First Sale | 3 | Stipulation under review at DOJ in case 11-00007.  The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00418 | Value - First Sale | 2 | Stipulation under review at DOJ in case 11-00007.  The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00512 | Value - First Sale | 5 | Stipulation under review at DOJ in case 11-00007.  The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00513 | Value - First Sale | 2 | Stipulation under review at DOJ in case 11-00007.  The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00517 | Value - First Sale; Classification - gloves | 1 | Stipulation under review at DOJ in case 11-00007.  The valuation issue is the same. |
| ALPINESTARS S.P.A. | 10-00005 | Value - First Sale | 6 | Stipulation under review at DOJ in case 11-00007.  The valuation issue is the same. |
| ALPINESTARS S.P.A. | 10-00006 | Value - First Sale | 8 | Stipulation under review at DOJ in case 11-00007.  The valuation issue is the same. |
| ALPINESTARS S.P.A. | 10-00008 | Value - First Sale | 1 | Stipulation under review at DOJ in case 11-00007.  The valuation issue is the same. |
| ALPINESTARS S.P.A. | 10-00009 | Value - First sale Classification - pants | 1 | Stipulation under review at DOJ in case 11-00007.  The valuation issue is the same. |
| ALPINESTARS S.P.A. | 10-00024 | Value - First Sale | 8 | Stipulation under review at DOJ in case 11-00007.  The valuation issue is the same. |
| ALPINESTARS S.P.A. | 10-00025 | Value - First Sale | 3 | Stipulation under review at DOJ in case 11-00007.  The valuation issue is the same. |
| ALPINESTARS S.P.A. | 10-00027 | Value - First Sale; Classification - gloves | 2 | Stipulation under review at DOJ in case 11-00007.  The valuation issue is the same. |
| ALPINESTARS S.P.A. | 10-00028 | Value - First Sale | 6 | Stipulation under review at DOJ in case 11-00007.  The valuation issue is the same. |

10140108_V3
3018-0490001
August 2021

AMENDED STATUS REPORT 8/15/2021
CASES ASSIGNED TO JUDGE AQUILINO

| PLAINTIFF | CIT No. | ISSUE | No. of ENTRIES | STATUS AS OF 8/15/2019 |
|---|---|---|---|---|
| ALPINESTARS S.P.A. | 10-00078 | Value - First Sale; Classification - gloves | 1 | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 10-00079 | Value - First Sale; Classification - gloves | 1 | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 10-00080 | Value - First Sale | 17 | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 11-00007 | Value - First Sale | 6 | Stipulation sent to DOJ on 5/31/2011. Most recent supplemental information provided to DOJ on 3/31/21. |
| DSM Food Specialties USA, Inc. | 05-00043 | Classification - Beta Carotene in 30% oil suspension | 1 | Stipulation sent to DOJ 7/21/16. On 5/04/2020, DOJ requested additional information from the plaintiff concerning the product imported. The case is still under review at DOJ. |
| DSM Nutritional Products, Inc. | 10-00268 | ROVIMIX B2 80-SD | 6 | Classification issue is identical to that in case 09-00003, for which issue is joined and a scheduling order in place. Plaintiff has proposed resolution of all cases related to case 09-00003, and a proposed stipulation of judgment in case 10-00268 was submitted to DOJ on 1/15/2021. |
| DSM Nutritional Products, Inc. | 11-00059 | ROVIMIX B2 80-SD | 8 | Classification issue is identical to that in case 09-00003, for which issue is joined and a scheduling order in place. Plaintiff has proposed resolution of all cases related to case 09-00003, and a proposed stipulation of judgment in case 10-00268 was submitted to DOJ on 1/15/2021. |
| DSM Nutritional Products, Inc. | 11-00287 | ROVIMIX B2 80-SD | 22 | Classification issue is identical to that in case 09-00003, for which issue is joined and a scheduling order in place. Plaintiff has proposed resolution of all cases related to case 09-00003, and a proposed stipulation of judgment in case 11-00287 was submitted to DOJ on 1/15/2021. |
| Express Inc. | 05-00500 | Classification - Shelf Bra Tops | 62 | Stipulation sent to DOJ June 15, 2017. Plaintiff is working with DOJ to resolve a samples issue. |
| Express LLC | 02-00822 | Classification - Shelf Bra Tops | 41 | Stipulation sent to DOJ June 15, 2017. Plaintiff is working with DOJ to resolve a samples issue. |
| Express, Inc. | 06-00001 | Classification - Shelf Bra Tops | 51 | Stipulation sent to DOJ June 15, 2017. Plaintiff is working with DOJ to resolve a samples issue. |
| Express, Inc. | 06-00197 | Classification - Shelf Bra Tops | 54 | Stipulation sent to DOJ June 15, 2017. Plaintiff is working with DOJ to resolve a samples issue. Plaintiff is working with DOJ to resolve a samples issue. |
| Intimate Brands Inc. Victoria's Secret Catalog | 02-00225 | Classification - Shelf Bra Tops | 187 | Stipulation sent to DOJ April 19, 2017 |
| Lerner New York, Inc. | 05-00185 | Classification - Shelf Bra Tops | 12 | Stipulation sent to DOJ June 15, 2017. |
| Lerner New York, Inc. | 05-00412 | Classification - Shelf Bra Tops | 6 | Stipulation sent to DOJ June 15, 2017. |
| Lerner New York, Inc. | 07-00006 | Classification - Shelf Bra Tops | 70 | Stipulation sent to DOJ June 15, 2017. |

10140108_V3
3018-0490001
August 2021

| PLAINTIFF | CIT No. | ISSUE | No. of ENTRIES | STATUS AS OF 8/15/2019 |
|---|---|---|---|---|
| Lerner New York, Inc. | 08-00188 | Classification - Shelf Bra Tops | 122 | Stipulation sent to DOJ June 15, 2017. |
| Lerner New York, Inc. | 08-00418 | Classification - Shelf Bra Tops | 118 | Stipulation sent to DOJ June 15, 2017. |
| Lerner New York, Inc. | 10-00052 | Classification - Shelf Bra Tops | 24 | Stipulation sent to DOJ June 15, 2017. |
| Lerner New York, Inc. | 11-00056 | Classification - Shelf Bra Tops | 72 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 01-00859 | Classification - Shelf Bra Tops | 10 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 02-00198 | Classification - Shelf Bra Tops | 38 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 02-00199 | Classification - Shelf Bra Tops | 93 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 02-00200 | Classification - Shelf Bra Tops | 13 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 03-00428 | Classification - Shelf Bra Tops | 21 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 03-00714 | Classification - Shelf Bra Tops | 12 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 03-00879 | Classification - Shelf Bra Tops | 62 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 04-00274 | Classification - Shelf Bra Tops | 113 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 05-00025 | Classification - Shelf Bra Tops | 25 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 07-00112 | Classification - Shelf Bra Tops | 66 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 07-00159 | Classification - Shelf Bra Tops | 39 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 10-00053 | Classification - Shelf Bra Tops | 4 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 10-00227 | Classification - Shelf Bra Tops | 46 | Stipulation sent to DOJ June 15, 2017. |
| MAST INDUSTRIES, INC. | 11-00024 | SHELF BRA | 107 | Stipulation sent to DOJ June 15, 2017. |
| One Step Up | 05-00014 | Classification - Shelf Bra Tops | 93 | Stipulation sent to DOJ 6/08/2016 |
| One Step Up | 05-00376 | Classification - Shelf Bra Tops | 32 | Stipulation sent to DOJ 6/08/2016 |
| One Step Up | 05-00557 | Classification - Shelf Bra Tops | 20 | Stipulation sent to DOJ 6/08/2016 |

AMENDED STATUS REPORT 8/15/2021
CASES ASSIGNED TO JUDGE AQUILINO

| PLAINTIFF | CIT No. | ISSUE | No. of ENTRIES | STATUS AS OF 8/15/2019 |
|---|---|---|---|---|
| One Step Up | 06-00060 | Classification - Shelf Bra Tops | 6 | Stipulation sent to DOJ 6/08/2016 |
| One Step Up | 06-00226 | Classification - Shelf Bra Tops | 5 | Stipulation sent to DOJ 6/08/2016 |
| Saramax | 00-00539 | Classification - Shelf Bra Tops | 4 | Stipulation sent to DOJ 5/8/2017 |
| Saramax Apparel Group Ltd. | 03-00897 | Classification - Shelf Bra Tops | 2 | Stipulation sent to DOJ 5/8/2017 |
| Saramax Apparel Group Ltd. | 04-00395 | Classification - Shelf Bra Tops | 19 | Stipulation sent to DOJ 5/8/2017 |
| Victoria's Secret | 05-00413 | Classification - Shelf Bra Tops | 103 | Stipulation sent to DOJ 4/18/2017; Plaintiff is revising stip. per DOJ request |
| Victoria's Secret Direct | 04-00275 | Classification - Shelf Bra Tops | 17 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 04-00566 | Classification - Shelf Bra Tops | 87 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 05-00186 | Classification - Shelf Bra Tops | 59 | Stipulation sent to DOJ 4/18/2017; Plaintiff is revising stip. per DOJ request |
| Victoria's Secret Direct | 05-00559 | Classification - Shelf Bra Tops | 25 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 06-00062 | Classification - Shelf Bra Tops | 42 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 06-00261 | Classification - Shelf Bra Tops | 189 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 07-00007 | Classification - Shelf Bra Tops | 158 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 07-00205 | Classification - Shelf Bra Tops | 65 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 07-00414 | Classification - Shelf Bra Tops | 183 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 08-00132 | Classification - Shelf Bra Tops | 47 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 08-00310 | Classification - Shelf Bra Tops | 136 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 09-00111 | Classification - Shelf Bra Tops | 6 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 09-00145 | Classification - Shelf Bra Tops | 8 | Stipulation sent to DOJ 4/18/2017 |
| VIEWTECH INC. | 08-00250 | Classification - Digital Satellite receivers | 8 | Stipulation sent to DOJ 10/15/2015.  Supplemental information provided 5/10/2017.  DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |

10140108_V3
3018-0490001
August 2021

AMENDED STATUS REPORT 8/15/2021
CASES ASSIGNED TO JUDGE AQUILINO

| PLAINTIFF | CIT No. | ISSUE | No. of ENTRIES | STATUS AS OF 8/15/2019 |
|---|---|---|---|---|
| VIEWTECH INC. | 08-00252 | Classification - Digital Satellite receivers | 6 | Stipulation sent to DOJ 10/15/2015.  Supplemental information provided 5/10/2017.  DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 08-00253 | Classification - Digital Satellite receivers | 43 | Stipulation sent to DOJ 10/15/2015.  Supplemental information provided 5/10/2017.  DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 08-00254 | Classification - Digital Satellite receivers | 2 | Stipulation sent to DOJ 10/15/2015.  Supplemental information provided 5/10/2017.  DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 09-00116 | Classification - Digital Satellite receivers | 5 | Stipulation sent to DOJ 10/15/2015.  Supplemental information provided 5/10/2017.  DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 09-00146 | Classification - Digital Satellite receivers | 38 | Stipulation sent to DOJ 10/15/2015.  Supplemental information provided 5/10/2017.  DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 09-00173 | Classification - Digital Satellite receivers | 85 | Stipulation sent to DOJ 10/15/2015.  Supplemental information provided 5/10/2017.  DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 09-00419 | Classification - Digital Satellite receivers | 55 | Stipulation sent to DOJ 10/15/2015.  Supplemental information provided 5/10/2017.  DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 10-00112 | Classification - Digital Satellite receivers | 9 | Stipulation sent to DOJ 10/15/2015.  Supplemental information provided 5/10/2017.  DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 11-00008 | Digital Satellite receivers | 44 | Stipulation sent to DOJ 10/15/2015.  Supplemental information provided 5/10/2017.  DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |